IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MECHLING AND CHRISTOPHER MECHLING, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:23-cv-05282 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Young B. Kim |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, Nicholas Mechling and Christopher Mechling (hereinafter referred to as "Plaintiffs" or individually as "Plaintiff") filed a Complaint against Defendant No. 11, Leddy Products LTD dba Classic Fight Shop ("Defendant") (collectively, the "Parties") on August 9, 2023. [1]. Plaintiffs and Defendant have agreed to the entry of a proposed Consent Judgment. Accordingly, the Parties move this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Wood@ilnd.uscourts.gov.

DATED: December 18, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF**S*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the December 18, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.

***ATTORNEY FOR PLAINTIFF*S**