# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NICHOLAS MECHLING AND
CHRISTOPHER MECHLING,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-05282

Judge Andrea R. Wood

Magistrate Judge Young B. Kim

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, Nicholas Mechling and Christopher Mechling (hereinafter referred to as "Plaintiffs" or individually as "Plaintiff") filed a Complaint against Defendant No. 64, foxco_cards ("Defendant") (collectively, the "Parties") on August 9, 2023. [1]. Plaintiffs and Defendant have agreed to the entry of a proposed Consent Judgment. Accordingly, the Parties move this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Wood@ilnd.uscourts.gov.

DATED: December 22, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFFS***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 22, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.

***ATTORNEY FOR PLAINTIFFS***
