

FILED
1/11/2024
JXM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NICHOLAS MECHLING AND
CHRISTOPHER MECHLING,

   Plaintiffs,

    v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

Case No.: 1:23-cv-05282

Judge Andrea R. Wood

Magistrate Judge Young B. Kim

### **DEFENDANT'S MOTION TO DISMISS**

1. I am the owner of eBay account in the name of *ma-shash-hpmeq1rlv7*, account id number *1998829807*, one of the defendants in this case.

2. My name is Shaked Makbili. I am a 25-year-old engineering student and Muay Thai personal trainer based in Israel.

3. On August 2022, I ordered a pair of Muay Thai shorts from the company ActionZone through their online site. The company is located in Bangkok and is well known as a quality retailer of authentic Muay Thai gear (Exhibit 2 & 3 – Seller website & Google seller page).

4. Seller's order summary is presented in Exhibit 4.

5. PayPal transaction details for the order is shown in Exhibit 5.

6. A photo showing the full order, which included personal Muay Thai Training equipment such as 1 pair of gloves, 1 pair of kicking pads, etc., is shown in Exhibit 6. Photo taken by seller and sent via WhatsApp.

7. One of the items in the order was training shorts from the "Twins Special" brand, a Muay Thai clothing and equipment brand founded in 1991 in Thailand (Exhibit 1 – Brand Wikipedia page). As the shorts didn't fit me, I resold them through my personal eBay account for net profit of 74.42 USD. (Exhibit 9)

8. I sold the item on July 18, 2023, and proceeded to ship it to the address of "Julia Roberts, Chicago, IL" (Full address was later deleted from account) (Exhibit 10) – Later discovered to be the plaintiff's attorney address.

9. The ebay account that was used to list and sell the shorts, is my personal eBay account, used mainly to buy off eBay marketplace, and was occasionally used to sell personal items. The first item that was sold by me in this acccout was November 2021. Total revenue from all sales on eBay platform, including taxes and fees, is 380.02 USD. (Exhibit 7)

10. On September 18, 2023, I received notice via email by Keith A. Vogt, Attorneys for Plaintiffs Nicholas Mechling and Christopher Mechling that I am being sued for trademark/copyright infringement and counterfeiting in a Chicago court. I was sent a copy of the complaint as well as a temporary restraining order, summons, preliminary injunction motion, notice of motion, and memorandum in support. The PayPal account associated with my email address was frozen, including all of my funds inside.

11. I sent a response on September 19, expressing my intent to cooperate and resolve the matter and provide any needed documentation. On September 26, they responded with an offer to consider a settlement. The evidence of the infringing product they shared was a screenshot of my eBay store, showing a listing of a T-shirt I never sold, of a different Thai brand named "Raja" (Exhibit 11).

12. On September 28, I again replied that I believed there was an error in including my eBay store in the lawsuit, as I believe my listing involved a genuine product, and requesting removal of my store from the lawsuit.

13. On Oct. 23, A month later, I received additional correspondence from the attorney including a screenshot of their purchase of my shorts. On November 7, they asked to settle for 5,000 USD. They followed up asking again for 5,000 USD on November 27. I did not respond to this letter. On Dec. 19, they sent an email claiming that I did not respond, hence they filed for a motion of default judgement, scheduled for next month, Jan. 19.

14. It is obviously wrong claiming that I didn't respond to the plaintiffs' attorney emails. I immediately defended the plaintiffs' claims and responded to the plaintiffs' emails as described. The plaintiffs' attorney did not show any evidence that the item was counterfeit.

15. Even in the unlikely case the item that I sold was counterfeit, I did not sell any items of the "Twins" company besides the one item that was bought by the plaintiffs' attorney, hence I claim Lack of Intent.

16. Considering the above, the plaintiffs are not eligible for asking court for default judgment. In similar cases, the plaintiffs' were allegedly committing a fraud on the court.

17. Hereby I ask the Judge to give a motion to dismiss with prejudice.

**I certify that everything in the Motion is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

DATED: January 11, 2024                    Respectfully submitted,

*/s/ Shaked Makbili*
Hama'aracha 22
Tel Aviv, Israel 6706424
Tel: +972-58-455-0005 E-
shaked614@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail address provided for plaintiffs' attorney.

<u>/s/ *Shaked Makbili*</u>
Shaked Makbili

**Exhibit 1**

# Twins Special



Article  Talk

Read  Edit  View history  Tools

From Wikipedia, the free encyclopedia

**Twins Special Co.,Ltd.**, also known as **Twins Special** is a Thai sports equipment manufacturing company, focused on Muay Thai, boxing, and physical fitness, which markets its products worldwide. The company based on Suan Luang, Krathum Baen, Samut Sakhon, outskirts Bangkok.

Twins Special was founded in 1992 from a small shophouse to a standard factory with over 500 workers. To this day, it produces more than ten thousand boxing gloves and exports to foreign countries a month. In 1990s, it subsequently sponsored Samson Dutch Boy Gym, Ratanapol Sor Vorapin, Sirimongkol Singmanasak, Pongsaklek Wonjongkam, including many Thai boxers.

The company is also licensed as a boxing glove for competitions of four major organizations, consists of World Boxing Council (WBC), World Boxing Association (WBA), International Boxing Federation (IBF), and World Boxing Organization (WBO).[2]

One point of Twins Special is the production of boxing gloves and trunks in a variety of colours and patterns to attract people of all genders and ages, such as children or women, to become more interested in combat sports.

It currently has four outlets in total: Suan Luang, Krathum Baen, Samut Sakhon (headquarters), Rajadamnern Boxing Stadium, Bangkok, Lumpinee Boxing Stadium, Bangkok, and Suan Luang Square in the Suan Luang quarter near National Stadium, Bangkok.[1][3]

## See more  [ edit ]

- Fairtex

| Twins Special | |
|---|---|
| Type | Limited |
| Industry | Sports equipment<br>Textile |
| Founded | 1992; 32 years ago in Krathum Baen, Samut Sakhon |
| Founder | Narong Wongprasertkan |
| Headquarters | Krathum Baen, Samut Sakhon, Thailand |
| Area served | Worldwide |
| Key people | Narong Wongprasertkan (President)<br>Pravinwat Wongprasertkan (CEO)[1] |
| Products | Boxing gloves and equipment, clothing |
| Website | twinsspecial.com |

**Exhibit 2**



**Exhibit 3**



# Action Zone

4.7 ★★★★★ 340 Google reviews

Sporting goods store in Bangkok, Thailand

🌐 Website    ◆ Directions    🔖 Save    📞 Call

Informal sports store selling Muay Thai gloves, head gear & pads, plus athletic attire.

**Address:** 78 Rama I Rd, Rong Muang, Pathum Wan, Bangkok 10330, Thailand

**Hours:** Closed · Opens 8 am Fri ▾

**Phone:** +66 2 214 3250

Suggest an edit · Own this business?

**Exhibit 4**

| Shaked | | | | | | | 16/08/2022 | ordered |
|--------|--------------------|-------|-----------|------------|---|---|------------|---------|
| TW | Shorts | L | T-158 | | | 1 | 950 | 950 |
| | | L | TBS-SKULL | | | 1 | 1000 | 1000 |
| FT | Shorts | M | BS1906 | | | 1 | 960 | 960 |
| | | M | BS1901 | | | 1 | 960 | 960 |
| | Focus Mitts | STD | FMV13 | RD/BK | | 1 | 2490 | 2490 |
| RAJA | Gloves leather | 14 oz | RBGV-1 | dark green | | 1 | 1700 | 1700 |
| | Belly Pad  Leather | M | RBP-1A | red | | 1 | 1500 | 1500 |
| | shirt #2 | M | | black | | 1 | 450 | 450 |
| | shorts | L | Leopard | black | | 1 | 500 | 500 |
| | bag glove velcro | M | RTBG-2 | sky blue | | 1 | 1100 | 1100 |
| | | | | | | | | |
| | | | | | | | total | 11610 |
| | | | | | | | discount | 2000 |
| | | | | | | | AIR | 4850 |
| | | | | | | | Grand Total | 14460 |
| | | | | | | | Paid | 7,160 |
| | | | | | | | **the rest** | **7,300** |

**Exhibit 5**



**Exhibit 6**



# Exhibit 7



ℹ️ We can only show you 365 days of data. We adjusted the end date accordingly.

**Sales:**

| Custom ▾ |

| 01/04/2021 | | 01/03/2022 |

**Compared to:**

| Custom ▾ |

| 01/04/2021 |      Compared to end date: 01/03/2022 |

[ Generate Report ]  Reset

## Report for Jan 4, 2021 - Jan 3, 2022

Compared to Jan 4, 2021 - Jan 3, 2022 (365 days)

[ Download ▾ ]

Total sales (Includes taxes) ℹ️
**$180.20**
0.0% vs. prior time period

Taxes and fees ℹ️
**$0.00**    **$10.20**
Collected by seller   Collected by eBay

Selling costs ℹ️
**$29.25**
**16.2% of your total sales**

Net sales (Net of taxes and selling costs) ℹ️
**$140.75**
0.0% vs. prior time period

Quantity sold ℹ️
**1**
0.0% vs. prior time period

Avg. sales price per item ℹ️
**$180.20**
0.0% vs. prior time period

Sales via Auction ℹ️
**$0.00**
0.0% vs. prior time period

Sales via Fixed Price ℹ️
**$180.20**
0.0% vs. prior time period

---

## Buyer insights
Compared to the prior time period

**Total buyers** ℹ️
**1**
▼ **0.0%**

**Breakdown** ℹ️
One-time buyers: 1
▼ 0.0%
Repeat buyers: 0
▼ 0.0%

**Percent of total**
100.0%

0.0%

---

## Sales by category
Compared to the prior time period

Download all sales by category as CSV

**Top Categories**   Expand all ℹ️

**Sales** ℹ️

**Percentage of sales** ℹ️

>   Cell Phones & Accessories
Cell Phones & Accessories > Cell Phones & Smartphones

$180.20 ▼ 0.0%

100.00%

You are viewing category-specific insights that may not reflect your overall sales performance. All-inclusive, cross-category reporting, is available in the buyer insights section. See your buyer insights

---

All sales    Promoted listings sales    Offer sales



**Total sales**

# $180.20

**0.0%**  vs. prior time period

Item sales: **$170.00**  0.0%

Shipping and handling: **$0.00**  0.0%

Taxes and government fees: **$10.20**
0.0%

Item sales ⓘ    Shipping and handling ⓘ    Taxes and fees ⓘ    Prior time period ⓘ



**Selling costs**

# $29.25

16.2% of your total sales

0.0% pts  vs. prior time period

| Breakdown | Amount | Percent of selling cost |
|---|---|---|
| ⌄ eBay fees | $25.26 | 86.4% |
|   Insertion fees | $0.00 | 0.0% |
|   Final value fees ⓘ | $30.16 | 103.1% |
|   International fees ⓘ | $2.34 | 8.0% |
|   Transaction fee credits ⓘ | ($7.24) | -24.8% |
| Shipping labels ⓘ | $0.00 | 0.0% |
| PayPal fees | $3.99 | 13.6% |
| **Total selling costs** ⓘ | **$25.26** | **100.0%** |



**Listings insights**

[ Download ⌄ ]

[ Sold via Promoted listings (0) ]  [ Sold via Best offer (1) ]  [ Sold via Seller initiated offer (0) ]  [ Search by Item Title, Keywords  🔍 ]

| Listing | Quantity sold ⌄ | Total sales ↕ ⓘ | Taxes and government fees | Total selling cost ⓘ | Net sales |
|---|---|---|---|---|---|
| Apple iPhone SE 2nd Gen. - 64GB - Black (AT&T) (1 (124973146608) | 1 | $180.20 | $10.20 | $25.26 | $144.74 |

Items per page:

[ 25  ⌄ ]





We can only show you 365 days of data. We adjusted the end date accordingly.

Sales: Custom

Compared to: Custom

01/04/2022 | 01/03/2023 | 01/04/2021 | Compared to end date: 01/03/2022

Generate Report  Reset

# Report for Jan 4, 2022 - Jan 3, 2023

Compared to Jan 4, 2021 - Jan 3, 2022 (365 days)

Download

| Total sales (Includes taxes) | Taxes and fees | | Selling costs | Net sales (Net of taxes and selling costs) |
|---|---|---|---|---|
| $101.70 | $0.00 | $5.70 | $18.74 | $77.26 |
| 43.6% vs. prior time period | Collected by seller | Collected by eBay | 18.4% of your total sales | 45.1% vs. prior time period |

| Quantity sold | Avg. sales price per item | Sales via Auction | Sales via Fixed Price |
|---|---|---|---|
| 1 | $101.70 | $0.00 | $101.70 |
| 0.0% vs. prior time period | 43.6% vs. prior time period | 0.0% vs. prior time period | 43.6% vs. prior time period |

## Buyer insights

Compared to the prior time period

| Total buyers | Breakdown | Percent of total |
|---|---|---|
| 1 | One-time buyers: 1<br>0.0% | 100.0% |
| 0.0% | Repeat buyers: 0<br>0.0% | 0.0% |

## Sales by category

Compared to the prior time period

Download all sales by category as CSV

| Top Categories Expand all | Sales | Percentage of sales |
|---|---|---|
| Collectibles<br>Collectibles > Transportation > Aviation > Airlines > Southwest | $101.70 ▲100.0% | 100.00% |

You are viewing category-specific insights that may not reflect your overall sales performance. All-inclusive, cross-category reporting, is available in the buyer insights section. See your buyer insights

All sales  Promoted listings sales  Offer sales

## Total sales

### $101.70

▼ 43.6%  vs. prior time period

Item sales: $95.00  ▼ 44.1%

Shipping and handling: $1.00  ▲ 100.0%

Taxes and government fees: $5.70
▼ 44.1%

Item sales ◉    Shipping and handling ◉    Taxes and fees ◉    Prior time period ◉



## Selling costs

### $18.74

18.4% of your total sales

▼ 2.2% pts  vs. prior time period

| Breakdown | Amount | Percent of selling cost |
|---|---|---|
| ⌄ eBay fees | $18.74 | 100.0% |
| Insertion fees | $0.00 | 0.0% |
| Optional listing upgrade fees | $4.00 | 21.3% |
| Final value fees ◉ | $13.42 | 71.6% |
| International fees ◉ | $1.32 | 7.0% |
| Shipping labels ◉ | $0.00 | 0.0% |
| Total selling costs ◉ | $18.74 | 100.0% |



## Listings insights

[ Download ⌄ ]

[ Sold via Promoted listings (0) ]  [ Sold via Best offer (0) ]  [ Sold via Seller initiated offer (0) ]  [ Search by Item Title, Keywords  🔍 ]

| Listing | Quantity sold ⌄ | Total sales ↕ ◉ | Taxes and government fees | Total selling cost ◉ | Net sales |
|---|---|---|---|---|---|
| Southwest airlines Luv card $$$ 150$ (125243888718) | 1 | $101.70 | $5.70 | $18.74 | $77.26 |

Items per page:
[ 25  ⌄ ]

Case: 1:23-cv-05282 Document #: 69 Filed: 01/15/24 Page 15 of 29 PageID #:1315



ℹ️ We can only show you 365 days of data. We adjusted the end date accordingly.

**Sales:**

| Custom ▼ |

| 01/03/2023 | | 01/02/2024 |

**Compared to:**

| Custom ▼ |

| 01/01/2022 |    Compared to end date: 12/31/2022

[ Generate Report ]   Reset

## Report for Jan 3, 2023 - Jan 2, 2024

Compared to Jan 1, 2022 - Dec 31, 2022 (365 days)

[ Download ▼ ]

| Total sales (Includes taxes) ℹ️ | Taxes and fees ℹ️ | | Selling costs ℹ️ | Net sales (Net of taxes and selling costs) ℹ️ |
|---|---|---|---|---|
| **$98.12** | **$0.00** | **$9.12** | **$14.58** | **$74.42** |
| ▼ 3.5% vs. prior time period | Collected by seller | Collected by eBay | **14.9% of your total sales** | ▼ 3.7% vs. prior time period |

| Quantity sold ℹ️ | Avg. sales price per item | Sales via Auction ℹ️ | Sales via Fixed Price ℹ️ |
|---|---|---|---|
| **1** | **$98.12** | **$0.00** | **$98.12** |
| 0.0% vs. prior time period | ▼ 3.5% vs. prior time period | 0.0% vs. prior time period | ▼ 3.5% vs. prior time period |

## Buyer insights

Compared to the prior time period

| Total buyers ℹ️ | Breakdown ℹ️ | Percent of total |
|---|---|---|
| **1** | One-time buyers: 1 | 100.0% |
| ▼ 0.0% | ▼ 0.0% | |
| | Repeat buyers: 0 | 0.0% |
| | ▼ 0.0% | |

## Sales by category

Compared to the prior time period

Download all sales by category as CSV

| Top Categories   Expand all ℹ️ | Sales ℹ️ | Percentage of sales ℹ️ |
|---|---|---|
| ﹥   Sporting Goods | $98.12 ▲ 100.0% | 100.00% |
|      Sporting Goods > Boxing, Martial Arts & MMA > Clothing, Shoes & Accessories > Shorts | | |

You are viewing category-specific insights that may not reflect your overall sales performance. All-inclusive, cross-category reporting, is available in the buyer insights section. See your buyer insights

All sales    Promoted listings sales    Offer sales

1/4/24, 7:33 PM
Performance - Sales - etheredgeltd.us
Case: 1:23-cv-05282 Document #: 69 Filed: 01/11/24 Page 16 of 29 PageID #:1316

**Total sales**

## $98.12

▼ 3.5%  vs. prior time period

Item sales: **$74.00**  ▼ 22.1%

Shipping and handling: **$15.00**
▲ > 1,000.0%

Taxes and government fees: **$9.12**
▲ 60.0%



Item sales ⓘ    Shipping and handling ⓘ    Taxes and fees ⓘ    Prior time period ⓘ

---

**Selling costs**

## $14.58

14.9% of your total sales

▲ 3.6% pts  vs. prior time period

| Breakdown | Amount | Percent of selling cost |
|---|---|---|
| ⌄ eBay fees | $14.58 | 100.0% |
| Insertion fees | $0.00 | 0.0% |
| Final value fees ⓘ | $13.30 | 91.2% |
| International fees | $1.28 | 8.8% |
| Shipping labels ⓘ | $0.00 | 0.0% |
| **Total selling costs** ⓘ | **$14.58** | **100.0%** |

---

**Listings insights**

Download ⌄

Sold via Promoted listings (0)    Sold via Best offer (0)    Sold via Seller initiated offer (0)    Search by Item Title, Keywords 🔍

| Listing | Quantity sold ⌄ | Total sales ⌃ ⓘ | Taxes and government fees | Total selling cost ⓘ | Net sales |
|---|---|---|---|---|---|
|  Twins Special Muay Thai Shorts - t-158 - L (125622034551) | 1 | $98.12 | $9.12 | $14.58 | $74.42 |

Items per page:
25 ⌄

## Exhibit 8



**Exhibit 9**

Transactions: 1-2 of 2                                                                                    ☐ Hide listing fees

| Date | Description | | Amount | Fees | Net | Total funds | Details |
|------|-------------|---|--------|------|-----|-------------|---------|
| Aug 1, 2023<br>4:18:24 PM |  | **Payout** 5973414367<br>$74.42 to Payoneer ID 47440095<br>Scheduled payout<br>🟢 Funds sent Funds usually arrive within the day | - | - | **-$74.42** | $0.00 | View |
| Jul 18, 2023<br>10:53:00 AM | | **Order** 15-10303-49664<br>Twins Special Muay Thai Shorts - t-158 - L<br>Julia Roberts (2010sophy(jiang)<br>🟢 Completed | $89.00 | -$14.58 | **$74.42** | $74.42 | View |

**Exhibit 10**

# Order details

 Twins Special Muay Thai Shorts - t-158 - L



**Delivered on Aug 9**

Great! Your order was delivered.

View payment details

| Buyer paid | Shipped | Delivered |
|---|---|---|
| Jul 18 | Jul 23 | Aug 9 |

## Shipping

Ship to

--
--
--
Chicago, IL 60604-4149
United States

Buyer selected shipping service
Flat Rate Freight

Tracking
LX084324808IL

## Item

Twins Special Muay Thai Shorts - t-158 - L
Item ID: 125622034551
Tracking LX084324808IL

| | Quantity | Price | Total |
|---|---|---|---|
| | 1 | $74.00 | $74.00 |

## Order

| | |
|---|---|
| Order no. | 15-10303-49664 |
| Sales record no. | 103 |
| Date sold | Jul 18, 2023 |
| Date buyer paid | Jul 18, 2023 |
| Buyer | -- |
| | 2010sophyljiang (65) |

Hide contact info

| | |
|---|---|
| E-mail | -- |
| Phone | -- |

## Payment

ℹ This order is complete and we've made the funds available for payout.

Learn how you get paid

### What your buyer paid

| | |
|---|---|
| Item subtotal | $74.00 |
| Shipping | $15.00 |
| Sales tax* | $9.12 |
| **Order total**** | **$98.12** |

# Exhibit 11



  

## People who viewed this item also viewed

| | | |
|---|---|---|
| Raja Muay Thai MMA Boxing Shorts *New* L/XL Or XXL | Raja Muay Thai MMA Boxing Shorts *New* L/XL Or XXL | Muay Thai Shorts Rappers RAJA BOXING Shorts Unisex Original Form Thailand XXL |
| $34.99 | $34.99 | $30.99 |
| + $4.65 shipping | + $4.65 shipping | + $9.00 shipping |



### Raja Muay Thai T-Shirt

Condition: **New with tags**

Price: **US $30.00**

[ Buy It Now ]

[ Add to cart ]

Best Offer:

[ Make offer ]

[ ♡ Add to watchlist ]

Shipping: US $15.00 Flat Rate Freight. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Tel aviv, Israel

Delivery: Please allow additional time if international delivery is subject to customs processing.

Returns: Seller does not accept returns. See details

Payments: PayPal  GPay  VISA  MasterCard  American Express  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
ma-shash-homeo5rlv7 (22 ★)
♡ Save seller
Contact seller
See other items

$ Have one to sell?  Sell now

## Similar sponsored items    See all ›

   

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| RAJA BOXING MUAY THAI SHORTS STYLE KICKBOXING MMA TIGER BLACK | RAJA BOXING MUAY THAI SHORTS STYLE KICKBOXING MMA TIGER BLACK | Muay Thai MMA kickboxing Singlet Vest White Tank Tops T Shirt made in Thailand | InfightStyle Mono Nylon Lotus Retro Muay Thai Kickboxing Training Gym Shorts | Muay Thai MMA kickboxing Singlet Vest White Tank Tops T Shirt made in Thailand |
| New | New | New (Other) | New (Other) | New (Other) |
| $32.99 | $32.99 | $19.99 | $29.99 | $19.99 |
| Free shipping | Free shipping | + $9.99 shipping | + $7.00 shipping | + $9.99 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

## Sponsored items inspired by your views    See all ›

    

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| siccaluna Kappa-sama Sofubi Soft vinyl Figure Shikaruna monster yokai JP | Cada 4WD Off-Road Remote Control Car Building Blocks City Racing Car RC Buggy Tr | RC Car HS 18323 1/18 2.4G 4WD 36km/h RC Car Big Foot Off Road Truck RTR Vehicle | Hot Wheels Toybeat Monster Jam Blue Thunder Diecast Monster Truck Bulk | Inertial Four-wheel Drive Off-road Vehicle Rotating Climbing Car Model |
| New | New | New | New | New |
| $283.91 | $105.91 | $98.14 | $9.99 | $8.81 |
| $308.91 8% off | | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | 14 watchers | |

About this item | Shipping, returns, and payments

Seller assumes all responsibility for this listing.                    eBay item number: **125622003494**
Last updated on Nov 27, 2022 05:51:03 PST  View all revisions

Report this item

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as the original box or bag) and/or with the original tags attached. See all condition definitions | Brand | Raja |
| Size | M | Color | Black |
| Custom Bundle | No | Gender | Adult Unisex |
| Country/Region of Manufacture | Thailand | Suitable For | Muay Thai |
| Modified Item | No | | |

8/2/23, 12:24 PM

**Item description from the seller**

Exclusive Raja Muay Thai t-shirt
Size M (Raja Thai sizing)
NWT



### ma-shash-hpmeq1rlv7
4 items sold

Seller's other items

Contact

Save seller

**Seller feedback** (2)

m***i (692) • More than a year ago

Great communication. A++++ Ebayer!

Southwest airlines Luv card $$$ 150$ (#125243888719)

p***i (1649) • More than a year ago

Great seller, pleasure to do business, thank you for a smooth transaction!

Apple iPhone SE 2nd Gen - 64GB - Black (AT&T) (#124973146608)

See all feedback

---

**Influenced by recent sponsored views**

    

| siccaluna Kappa-sama Sofubi Soft vinyl Figure Shikaruna monster yokai JP | Cada 4WD Off-Road Remote Control Car Building Blocks City Racing Car RC Buggy Tr | ThaiSmai Muay Thai Boxing Kick Boxing MMA Shorts S M L XL 3L 4L Black White Red | Boxing Shorts 1pc Fighting Fitness Kickboxing MMA Men women Muay Thai Polyester | SHORTS MUAY THAI BOXING SATIN FIGHTER MMA MULTI COLOR RED AND BLACK SIZE L NEW |
|---|---|---|---|---|
| New | New | New | New | New (Other) |
| $283.91 | $105.91 | $47.95 | $25.33 | $29.00 |
| $308.91 8% off | | | $28.46 11% off | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | 74 sold | Free shipping | Last one |

---

**Explore related sponsored items**

    

| Venum Hanuman T-Shirt MMA Martial Arts Fight Muay Thai Jiu Jitsu UFC XL MB06250 | MUAY THAI WARRIOR Tank T Shirt / Dryfit fight wear mma ufc venum kickboxing | NEW: Fairtex Drop Ink T-Shirt | Perfect For Muay Thai Training & Fans | WARNING MMA Tank T Shirt / Dry Tech Fightwear venum ufc kick boxing muay thai | New Buakaw Banchamek K-1 MMA fighter Muaythai Thai boxing Kickboxing T-shirt Tee |
|---|---|---|---|---|
| Pre-owned | New | New | New | New (Other) |
| $25.00 | $29.99 | $35.99 | $29.99 | $20.99 |
| Free shipping | + $8.25 shipping | + $10.20 shipping | + $8.25 shipping | + $4.81 shipping |
| Seller with a 100% positive feedback | | Seller with a 100% positive feedback | | 50 sold |

---

**Sponsored Items from Top Rated Sellers**   See all ›

Feedback on our suggestions

    

| Japan Cartoon Animation Muaythai Shorts Muay Thai K1 Kick Boxing Costume Black | Japan Cartoon Animation Muaythai Shorts Muay Thai Mma K1 UFC Kick Boxing Costume | The Hulk Muaythai Shorts Muay Thai Mma K1 UFC Kick Boxing Shorts Costume Cartoon | Tiger Muaythai Shorts Muay Thai Mma K1 UFC Kickboxing Shorts Costume Gym Fight | M-150 Kickboxing Muaythai Shorts Muay Thai Mma K1 UFC Kick Boxing Embroidery Gym |
|---|---|---|---|---|
| New | New | New | New | New |
| $37.64 | $37.64 | $37.64 | $37.64 | $37.64 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | 34 sold | 27 sold | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

---

**People who viewed this item also viewed**

    





Shop by category          Search for anything          All Categories          Search    Advanced

Share | Add to Watchlist

< Back to previous page | Listed in category:  Sporting Goods  >  Boxing, Martial Arts & MMA  >  Clothing, Shoes & Accessories  >  Shorts

## People who viewed this item also viewed

| | | |
|---|---|---|
| Raja Muay Thai MMA Boxing Shorts *New* L/XL  Or XXL | Raja Muay Thai MMA Boxing Shorts *New* L/XL  Or XXL | Muay Thai Shorts Rappers RAJA BOXING Shorts Unisex Original Form Thailand XXL |
| $34.99 | $34.99 | $30.99 |
| + $4.65 shipping | + $4.65 shipping | + $9.00 shipping |



### Raja Muay Thai T-Shirt

Condition:  **New with tags**

Price:  **US $30.00**

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

Shipping:  US $15.00 Flat Rate Freight. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Tel aviv, Israel

Delivery:  Please allow additional time if international delivery is subject to customs processing.

Returns:  Seller does not accept returns. See details

Payments:  PayPal  G Pay  VISA  ● ●  AMEX  DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back.
Learn more

**Seller information**
me-shash-homeo5rtv7 (22 ★)

♡ Save seller
Contact seller
See other items

$ Have one to sell?  Sell now

## Similar sponsored items          See all >

Feedback on our suggestions

    

| RAJA BOXING MUAY THAI SHORTS STYLE KICKBOXING MMA TIGER BLACK | RAJA BOXING MUAY THAI SHORTS STYLE KICKBOXING MMA TIGER BLACK | Muay Thai MMA kickboxing Singlet Vest White Tank Tops T Shirt made in Thailand | InflightStyle Mono Nylon Lotus Retro Muay Thai Kickboxing Training Gym Shorts | Muay Thai MMA kickboxing Singlet Vest White Tank Tops T Shirt made in Thailand | Ult... Mu... |
|---|---|---|---|---|---|
| New | New | New (Other) | New (Other) | New (Other) | Ne... |
| $32.99 | $32.99 | $19.99 | $29.99 | $19.99 | $3... |
| Free shipping | Free shipping | + $9.99 shipping | + $7.00 shipping | + $9.99 shipping | Fre... |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | |

## Sponsored items inspired by your views          See all >

Feedback on our suggestions



| siccaluna Kappa-sama Sofubi Soft vinyl Figure Shikaruna monster yokai JP | Cada 4WD Off-Road Remote Control Car Building Blocks Racing Car RC Buggy Tr | RC Car HS 18323 1/18 2.4G 4WD 36km/h RC Car Big Foot Off Road Truck RTR Vehicle | Hot Wheels Toybeat Monster Jam Blue Thunder Diecast Monster Truck Bulk | Inertial Four-wheel Drive Off-road Vehicle Rotating Climbing Car Model | Ine... Ve... |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne... |
| $283.91 | $105.91 | $98.14 | $9.99 | $8.81 | $8... |
| $308.91 8% off | | | | | $6... |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | 14 watchers | | |

About this item | **Shipping, returns, and payments**

Seller assumes all responsibility for this listing.
Last updated on Nov 27, 2022 05:51:03 PST View all revisions

eBay item number: **125622003494**

### Shipping and handling

Item location: Tel aviv, Israel
Ships to: Worldwide
Excludes: Russian Federation, Ukraine

Change country: United States          ZIP Code:  60604    Get Rates

| Shipping and handling | To | Service | Delivery* |
|---|---|---|---|
| US $15.00 | United States | Flat Rate Freight | Estimated delivery time varies |

*Estimated delivery dates include seller's handling time, origin ZIP Code, destination ZIP Code and time of acceptance and will depend on shipping service selected and receipt of cleared payment. Delivery times may vary, especially during peak periods.

Report this item

Taxes

Taxes may be applicable at checkout. Learn more

### Return policy

Return policy details

Seller does not accept returns

Refer to eBay Return policy for more details. You are covered by the eBay Money Back Guarantee if you receive an item that is not as described in the listing.

### Payment details

Payment methods



**PayPal CREDIT**

**Special financing available**

Select PayPal Credit at checkout to have the option to pay over time.

Qualifying purchases could enjoy No Interest if paid in full in 6 months on purchases of $99 or more. Other offers may also be available.

Interest will be charged to your account from the purchase date if the balance is not paid in full within 6 months. Minimum monthly payments are required.
Subject to credit approval. See terms

The PayPal Credit account is issued by Synchrony Bank.

---

ma-shash-hpmeq1rlv7

4 items sold



Seller's other items

Contact

Save seller

**Seller feedback** (2)

n***i (692) • More than a year ago

Great communication, A++++ Ebayer!

Southwest airlines Luv card $88 150$ (#125243888718)

r***i (1449) • More than a year ago

Great seller, pleasure to do business, thank you for a smooth transaction!

Apple iPhone SE 2nd Gen. - 64GB - Black (AT&T) (#124973166408)

See all feedback

---

### Influenced by recent sponsored views







siccaluna Kappa-sama Sofubi Soft vinyl Figure Shikaruna monster yokai JP

New

**$283.91**

$308.91 8% off

Free shipping

Seller with a 100% positive feedback

Cada 4WD Off-Road Remote Control Car Building Blocks City Racing Car RC Buggy Tr

New

**$105.91**

Free shipping

Seller with a 100% positive feedback

ThaiSmai Muay Thai Boxing Kick Boxing MMA Shorts S M L XL 3L 4L Black White Red

New

**$47.95**

Free shipping

**74 sold**

Boxing Shorts 1pc Fighting Fitness Kickboxing MMA Men women Muay Thai Polyester

New

**$25.33**

$28.44 11% off

Free shipping

SHORTS MUAY THAI BOXING SATIN FIGHTER MMA MULTI COLOR RED AND BLACK SIZE L NEW

New (Other)

**$29.00**

Free shipping

**Last one**

### Explore related sponsored items







Venum Hanuman T-Shirt MMA Martial Arts Fight Muay Thai Jiu Jitsu UFC XL MB06250

Pre-owned

**$25.00**

Free shipping

Seller with a 100% positive feedback

MUAY THAI WARRIOR Tank T Shirt / Dryfit fight wear mma ufc venum kickboxing

New

**$29.99**

+ $8.25 shipping

NEW: Fairtex Drop Ink T-Shirt | Perfect For Muay Thai Training & Fans

New

**$35.99**

+ $10.20 shipping

Seller with a 100% positive feedback

WARNING MMA Tank T Shirt / Dry Tech Fightwear venum ufc kick boxing muay thai

New

**$29.99**

+ $8.25 shipping

New Buakaw Banchamek K-1 MMA fighter Muaythai Thai boxing Kickboxing T-shirt Tee

New (Other)

**$20.99**

+ $4.81 shipping

**50 sold**

### Sponsored Items from Top Rated Sellers    See all >

Feedback on our suggestions








# About

Location: **Israel**
Member since: **Jul 05, 2019**

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

8/2/23, 12:25 PM

Shop by category

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

Search for anything    All Categories ⌄    **Search**    Advanced



## ma-shash-hpmeq1rlv7

**0%** Positive feedback (22)    **4** Items sold

⊘ Visit profile    ▭ Contact    ♡ Save

### Category ⌃

All

Sporting Goods

Boxing & Martial Arts Shorts

### Price ⌃

$ Min    to    $ Max    →

**Available inventory**

$0    $1500

See all

### Condition ⌃

☐ New (1)

See all

### Buying Format ⌃

◉ All Listings (1)

○ Auction

○ Buy It Now (1)

### Item Location ⌃

◉ Default

○ Within

Radius 25 mi ⌄    of

Zip code 60604    →

○ US Only

○ North America

○ Worldwide

### Shipping Options ⌃

☐ Free Shipping

### Local Pickup ⌃

☐ Free Local Pickup

Within

Radius 25 mi ⌄    of

Zip code 60604    →

### Show only ⌃

☐ Free Returns

☐ Returns Accepted

☐ Authorized Seller

☐ Completed Items

☐ Sold Items

☐ Deals & Savings

☐ Authenticity Guarantee

See all

More filters...

Feedback

https://www.ebay.com/sch/i.html?_dkr=1&iconV2Request=true&_blrs=recall_filtering&_ssn=ma-shash-hpmeq1rlv7&_oac=1

https://www.ebay.com/sch/i.html?_dkr=1&icon/2Request=true&_blrs=recall_filtering&_ssn=ma-shtash-hpmeq1hv7&_oac=1

8/2/23, 12:25 PM | eBay

Search 1 item



1 result

Buying Format ∨   Condition ∨   Shipping ∨   Local ∨

Best Match ∨   Shipping to 60604 ∨

Raja Muay Thai T-Shirt
Brand New
$30.00
or Best Offer
+$15.00 shipping
from Israel

ma-shtash-hpmeq1hv7 (32) 0%

...

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice


Feedback

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with



○ VISA x-■■■

○ Add new card
VISA · Mastercard · AMEX · Discover

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. <u>See terms</u>

○ GPay Google Pay

### Ship to

■■ ■■
111 W Jackson Blvd, Suite 1700
Chicago, IL 60604-3597
United States
■■■■■■
<u>Change</u>

### Review item and shipping

Seller: ma-shash-hp...    <u>Message to seller</u>

 Raja Muay Thai T-Shirt
**$30.00**
Quantity 1

Delivery
Est. delivery variesEst. delivery varies
Flat Rate Freight
$15.00

### Gift cards, coupons, eBay Bucks

| Enter code: | Apply |
|---|---|

### Donate to charity (optional) ⓘ

Girls Inc.

Help Girls Inc. in their mission to inspire all girls to be strong, smart, and bold through direct service and advocacy. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

---

| | |
|---|---|
| Subtotal (1 item) | $30.00 |
| Shipping | $15.00 |
| Tax* | $4.61 |
| **Order total** | **$49.61** |

By placing your order, you agree to eBay's <u>User Agreement</u> and <u>Privacy Notice</u>.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 **Confirm and pay**

ebay MONEY BACK GUARANTEE
<u>See details</u>

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> and <u>AdChoice</u> ⓘ