UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Nicholas Mechling, et al.

Plaintiff,

v.

Case No.: 1:23−cv−05282

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held on 1/17/2024. For the reasons stated on the record, Plaintiffs' motion for entry of default and default judgment against the defendants identified in First Amended Schedule A [64] is entered and continued. Plaintiffs' agreed motions for entry of consent judgment [62] and [67] are granted. Enter Orders. By 1/31/2024, Plaintiffs shall file a response to the request in Defendant Khun Pon E.K.'s opposition to Plaintiffs' motion for entry of default and default judgment [70] that this action be stayed pending the outcome of the actions pending in the United States District Court for the Southern District of California challenging the same intellectual rights that are at issue in this case. As discussed on the record, the Temporary Restraining Order (TRO) is modified as to Defendant No. 67 (ma−shash−hpineqlrlv7) to lift the asset restraint as to that Defendant only. Upon service of a copy of this Order, Amazon shall immediately lift any monetary restraints related to this Lawsuit on the Amazon seller account of Defendant No. 67 (ma−shash−hpineqlrlv7). The courtroom deputy will email a copy of this order to the pro se Defendants who appears for the hearing at the email addresses provided. Telephonic status hearing set for 2/26/2024 at 1:30 PM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.