**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MECHLING, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 23-cv-05282 |
| v. ) | |
| ) | Judge Andrea R. Wood |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A, ) | |
| ) | |
| Defendants. ) | |

**CONSENT JUDGMENT ORDER**

This action was commenced by Plaintiffs Nicholas Mechling and Christopher Mechling (hereinafter together or individually as "Plaintiff") against Defendant No. 11, Leddy Products LTD dba Classic Fight Shop (hereinafter, "Defendant"). Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint.

THIS COURT HEREBY FINDS that Defendant has consented to the Court's exercise of personal jurisdiction over Defendant, and that Defendant has inadvertently and unknowingly sold products bearing the TWINS Trademarks (a non-exclusive list of which is included in the chart below) to residents of Illinois without authorization.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| | | For: Sports equipment for boxing and martial arts, namely, boxing gloves, boxing bags, punching mitts, belly protectors, groin protectors and shin guards; chest protectors for sports; boxing rings; fighting cages for use with martial arts; martial arts gloves; athletic |

| | | |
|---|---|---|
| 4,848,713 | TWINS ★★★ SPECIAL ★★★ | protective pads for chest, abdomen, belly, shins and head for use with martial arts; punching bags; bags specially adapted for sports equipment; athletic equipment, namely, hand wraps and mouth guards; skipping rope; athletic supporters; athletic equipment, namely, ankle guards, shin guards and head guards; abdominal protectors; martial arts kicking pads; martial arts punching pads; martial arts training equipment; training apparatus for boxing, martial arts, and similar sports; athletic sporting goods, namely, athletic wrist and joint supports; all the foregoing relating to boxing or martial arts and not relating to any other sports or sports team, league, mascot or stadium in class 28. |
| 4,848,712 | Twins Special | For: Sports equipment for boxing and martial arts, namely, boxing gloves, boxing bags, punching mitts, belly protectors, groin protectors and shin guards; chest protectors for sports; boxing rings; fighting cages for use with martial arts; martial arts gloves; athletic protective pads for chest, abdomen, belly, shins and head for use with martial arts; punching bags; bags specially adapted for sports equipment; athletic equipment, namely, hand wraps and mouth guards; skipping rope; athletic supporters; athletic equipment, namely, ankle |

|  |  |  |
|---|---|---|
|  |  | guards, shin guards and head guards; abdominal protectors; martial arts kicking pads; martial arts punching pads; martial arts training equipment; training apparatus for boxing, martial arts, and similar sports; athletic sporting goods, namely, athletic wrist and joint supports; all the foregoing relating to boxing or martial arts and not relating to any other sports or sports team, league, mascot or stadium in class 28. |
| 4,848,711 | TWINS SPECIAL | For: Sports equipment for boxing and martial arts, namely, boxing gloves, boxing bags, punching mitts, belly protectors, groin protectors and shin guards; chest protectors for sports; boxing rings; fighting cages for use with martial arts; martial arts gloves; athletic protective pads for chest, abdomen, belly, shins and head for use with martial arts; punching bags; bags specially adapted for sports equipment; athletic equipment, namely, hand wraps and mouth guards; skipping rope; athletic supporters; athletic equipment, namely, ankle guards, shin guards and head guards; abdominal protectors; martial arts kicking pads; martial arts punching pads; martial arts training equipment; training apparatus for boxing, martial arts, and similar sports; athletic sporting goods, namely, athletic wrist and joint |

| | | |
|---|---|---|
| | | supports; all the foregoing relating to boxing or martial arts and not relating to any other sports or sports team, league, mascot or stadium in class 28. |
| 3,749,271 | KING BOXING EQUIPMENT PROFESSIONAL MADE IN THAILAND | For: Boxing shorts; Caps; T-shirts; Tank tops in class 25.<br><br>For: Sports equipment for boxing and martial arts, namely, boxing gloves, boxing bags, punching mitts, belly protectors, groin protectors and shin |

IT IS HEREBY ORDERED that:

1. Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with Defendant be permanently enjoined and restrained from:

    a. using the TWINS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner outside of Thailand (except in reference to Twins Special or its genuine products) on the goods listed above, including in connection with the distribution, marketing, advertising, offering for sale, or sale of any such product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the TWINS Trademarks;

    b. infringing the TWINS Trademarks and damaging Plaintiff's goodwill; and

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, in the categories listed above, and which bear the TWINS Trademarks, or any reproductions, counterfeit copies or colorable

        imitations thereof.

2.     This case is dismissed with prejudice.

3.     Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: January 18, 2024

_____
Andrea R. Wood
United States District Judge